Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Utah

In re __Carter J. Kilpack_____,     Case No. _____
         Debtor(s)

                                               Chapter __13____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7,11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $1,070 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0 |
| Student Loan Obligations (from Schedule F) | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0 |
| TOTAL | $1,070 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $8,591.40 |
| Average Expenses (from Schedule J, Line 18) | $8,063.40 |
| Current Monthly Income (from Form 22A, Line 12; **OR**, Form 22B, Line 11; **OR**, Form 22C, Line 20) | $3,616.34 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $4,170 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $1,070 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4. Total from Schedule F | | $80,436 |
| 5. Total of non-priority unsecured debt (sum of 1,3 and 4) | | $84,606 |

# United States Bankruptcy Court
## District of Utah

In re   **Carter J. Kilpack**

Case No.

Chapter   **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     25,984.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $     23,272.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $      1,880.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $     80,436.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | NO | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 1 | | | $      8,591.40 |
| J - Current Expenditures of Individual Debtor(s) | NO | 1 | | | $      7,988.40 |
| Total Number of sheets in ALL Schedules ➤ | | 21 | | | |
| Total Assets ➤ | | | $     25,984.00 | | |
| Total Liabilities ➤ | | | | $    105,588.34 | |

In re:  **Carter J. Kilpack**                                                                              Case No.

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | **Fee Owner** | | $    0.00 | $    0.00 |
| | Total    ➤ | | $    0.00 | |

Schedule A - Page  1 of 1

In re   **Carter J. Kilpack**                                                    Case No.

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase checking** | | **220.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **beds & bedding** | | **200.00** |
| | | **chair, sofa, tv, dvd** | | **500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **various books** | | **10.00** |
| 6. Wearing apparel. | | **clothing** | | **100.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **90% interest in Landvisions Inc. -- no market value -- business consists of debtor's services and contacts** | | **0.00** |
| 13. Interests in partnerships or joint ventures.  Itemize. | X | | | |

In re   **Carter J. Kilpack**                                    Case No.

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **accounts receivable** | | **1,944.00** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | | **2005 Chevy Silverado -- 144k miles** | H | **12,150.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **computer & printer** | | **60.00** |
| 27. Machinery, fixtures, equipment and supplies used in business. | | **Case 440 XT Skidsteer tractor** | J | **10,000.00** |
| | | **snowplow attached to front of truck** | | **300.00** |

In re   **Carter J. Kilpack**                                                    Case No.

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | | **various power & hand tools** | **J** | **500.00** |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

Total  ➢    **$ 25,984.00**

In re   **Carter J. Kilpack**                                                      Case No.

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's
domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion
of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant
to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **2005 Chevy Silverado -- 144k miles** | **UCA § 78B-5-506(3)(b)** | 2,500.00 | 12,150.00 |
| **accounts receivable** | **URCP 64D** | 1,458.00 | 1,944.00 |
| **beds & bedding** | **UCA § 78B-5-505(1)(a)(viii)(E)** | 200.00 | 200.00 |
| **Case 440 XT Skidsteer tractor** | **UCA § 78B-5-506(2)** | 2,640.00 | 10,000.00 |
| **chair, sofa, tv, dvd** | **UCA § 78B-5-506(1)(a)** | 500.00 | 500.00 |
| **clothing** | **UCA § 78B-5-506(1)(a)** | 100.00 | 100.00 |
| **computer & printer** | **UCA § 78B-5-506(2)** | 60.00 | 60.00 |
| **snowplow attached to front of truck** | **UCA § 78B-5-506(2)** | 300.00 | 300.00 |
| **various books** | **UCA § 78B-5-506(1)(c)** | 10.00 | 10.00 |
| **various power & hand tools** | **UCA § 78B-5-506(2)** | 500.00 | 500.00 |

In re:  **Carter J. Kilpack**                                                    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4626** <br> **CNH Capital** <br> **Box 3600** <br> **Lancaster, PA 17604** | | **J** | **12/07** <br> **Security Agreement** <br> Case 440 XT Skidsteer tractor <br> _____ <br> **VALUE $ 10,000.00** | | | | $ 6,952.00 | $  0.00 |
| ACCOUNT NO.  **8601** <br> **Deseret First CU** <br> **Box 45046** <br> **SLC, UT  84145** | | **H** | **8/06** <br> **Auto Title Lienholder of Record** <br> 2005 Chevy Silverado -- 144k miles <br> _____ <br> **VALUE $ 12,150.00** | | | | $ 16,320.00 | $ 4,170.00 |

|  | | |
|---|---|---|
| Subtotal <br> (Total of this page) | ➢ | $23,272.00 |
| **Total** | ➢ | $23,272.00 |

In re  Carter J. Kilpack                                    Case No._____
_____,
         **Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re _____ ,      Case No._____
            **Debtor**                                                 **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

In re  <u>Carter J. Kilpack</u>  ,   Case No. <u>                </u>

          Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 4279<br><br>Roslynn Kilpack<br>289 Williams Lane<br>Centerville, UT 84014 | | | child support<br>(current) | | | | $0 | $0 | |
| Account No. 4279<br><br>Utah State Tax Comm.<br>Attn: Bankruptcy Unit<br>210 N 1950 W<br>SLC, UT 84134 | | | 2008 & 2009 income taxes | | | | $1,070 | $1,070 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)   $ 1,070   $ 1,070

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 1,070

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 1,070   $

In re:   **Carter J. Kilpack**                                                                                     Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3950**<br>**America First C.U.**<br>**Box 9199**<br>**Ogden, UT 84409** | | | **7/07**<br><br>**credit card** | | | | $ 9,124.00 |
| ACCOUNT NO.   **0848**<br>**Bonded Adjustment Bureau**<br>**11620 S State St,  Suite 1404**<br>**Draper, UT  84020** | | | **2010**<br><br>**collection for Bob's Tree Service** | | | | $ 1,466.00 |
| ACCOUNT NO.   **7064**<br>**Bonneville Collections**<br>**1186 E 4600 S**<br>**Suite 100**<br>**Ogden, UT  84403** | | | **10/10**<br><br>**medical** | | | | $ 501.00 |
| ACCOUNT NO.   **1431**<br>**Bountiful Kids Care**<br>**390 N Main St**<br>**Bountiful, UT  84010** | | J | **8/09**<br><br>**daycare** | | | | $ 321.00 |

Schedule F Page 1 of 8

Subtotal
(Total of this page)        ➢        $11,412.00

In re:  **Carter J. Kilpack**                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2617**<br>**CCS**<br>**Box 55126**<br>**Boston, MA  02205** | | **J** | **10/09**<br><br>**collection for Labcorp** | | | | $   145.00 |
| ACCOUNT NO.   **2833**<br>**Coface Collections**<br>**Box 8510**<br>**Metairie, CA  70011** | | | **2009**<br><br>**collection for Klassic Northwest Turf** | | | | $ 7,700.00 |
| ACCOUNT NO.<br>**Constable's Office**<br>**47 E 7200 S Ste 201**<br>**Midvale, UT  84047** | | | **collection for RC Willey** | | | | $   0.00 |
| ACCOUNT NO.   **3129**<br>**Cope Family Medicine**<br>**620 E Medical Dr Ste 150**<br>**Bountiful, UT  84010** | **X** | **J** | **10/09**<br><br>**medical** | | | | $   90.00 |
| ACCOUNT NO.<br>**Edwin Parry**<br>**Box 25727**<br>**SLC, UT  84125** | | **J** | **collection for Wasatch Pediatrics** | | | | $   0.00 |
| | | | Subtotal<br>(Total of this page)     ➢ | | | | **$7,935.00** |

Schedule F Page 2 of 8

In re:   **Carter J. Kilpack**                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **2523**<br>**Emergency Physician Stmt**<br>**Box 96398**<br>**Oklahoma City, OK  73143** | | | **10/10**<br>**medical** | | | | $   270.00 |
| ACCOUNT NO.   **2523, 2368, 7356**<br>**EPIC**<br>**Box 96398**<br>**Oklahoma City, OK  73143** | | J | **10/10**<br>**medical** | | | | $ 1,907.00 |
| ACCOUNT NO.<br>**ERC**<br>**Box 1967**<br>**South Gate, MI  48195** | | J | **collection for HSBC** | | | | $    0.00 |
| ACCOUNT NO.   **4800**<br>**First Med North Urgent Care**<br>**Box 307**<br>**Bountiful, UT  84011** | | J | **7/10**<br>**medical** | | | | $   33.00 |
| ACCOUNT NO.   **7737**<br>**Grow Up Great Pediatrics**<br>**620 Medical Dr. #100**<br>**Bountiful, UT  84010** | | J | **6/10**<br>**medical** | | | | $  123.00 |
| | | | Subtotal<br>(Total of this page)              ⋗ | | | | $2,333.00 |

In re:  **Carter J. Kilpack**                                   Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1512**<br>**Home Depot**<br>**Dept 32 - 2014151512**<br>**The Lakes, NV  88901-6029** | | J | **8/06**<br><br>**credit card** | | | | $  900.00 |
| ACCOUNT NO.  **0882**<br>**HSBC Card Svc**<br>**Box 60102**<br>**City of Industry, CA  91716** | | J | **2009**<br><br>**credit card** | | | | $  1,224.00 |
| ACCOUNT NO.  **99-19**<br>**Hu Ding MD**<br>**Box 727**<br>**Brigham City, UT  84302** | | J | **9/10**<br><br>**medical** | | | | $  57.00 |
| ACCOUNT NO.<br>**I.C. Systems**<br>**444 Hwy 96 East**<br>**PO Box 64882**<br>**St Paul, MN  55164** | | | **collection for IHC -- notice only** | | | | $  0.00 |
| ACCOUNT NO.  **9-2HS**<br>**IC Systems**<br>**444 Hwy 96 East**<br>**St Paul, MN  55164** | | J | **2008**<br>**collection for IHC** | | | | $  513.00 |

Subtotal ➢
(Total of this page)                                                          $2,694.00

In re:  **Carter J. Kilpack**                                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **2076**<br>**IHC**<br>**5252 S Intermountain Dr**<br>**Murray, UT  84107** | | J | 8/09<br>medical | | | | $    24.00 |
| ACCOUNT NO.<br>**IHC**<br>**Acct Rec Mgmt -- ARC**<br>**P.O. Box 410400**<br>**SLC, UT 84141-0400** | | J | addtl address | | | | $     0.00 |
| ACCOUNT NO.    **87-11**<br>**IHC**<br>**Box 27327**<br>**SLC, UT  84127** | | | 2008<br>medical | | | | $  1,847.00 |
| ACCOUNT NO.<br>**IHC-ARC**<br>**Box 30191**<br>**SLC, UT 84130** | | J | addtl address | | | | $     0.00 |
| ACCOUNT NO.    **1431**<br>**Intemountain Med Group**<br>**Box 27128**<br>**SLC, UT  84127** | | | 2010<br>medical | | | | $   322.00 |

Schedule F Page 5 of 8

Subtotal ➢
(Total of this page)

$2,193.00

In re:   **Carter J. Kilpack**                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JNR Adjustment**<br>**Box 27070**<br>**Minneapolis, MN  55427** | | J | **collection for Target** | | | | $     0.00 |
| ACCOUNT NO.  **1819**<br>**Johnson Mark**<br>**Box 7811**<br>**Sandy, UT  84091** | | J | 8/09<br>**collection for Pediatric Radiology** | | | | $ 4,185.00 |
| ACCOUNT NO.  **060-8**<br>**Kenneth J Freed**<br>**14226 Ventura Blvd**<br>**PO Box 5914**<br>**Sherman Oaks, CA  91413** | | | 2009<br>**collection for John Deere** | | | | $ 3,500.00 |
| ACCOUNT NO.  **4243**<br>**Lakeview Hospital**<br>**Box 290429**<br>**Nashville, TN  37229-0429** | | | 10/10<br>**medical** | | | | $ 1,300.00 |
| ACCOUNT NO.  **6185**<br>**McCarthy Burgess & woff**<br>**26000 Cannon Road**<br>**Cleveland, OH  44146** | | | 2009<br>**collection for Yellow Pages** | | | | $ 2,200.00 |
| | | | Subtotal<br>(Total of this page)           ➢ | | | | $11,185.00 |

In re:   **Carter J. Kilpack**                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9628**<br>**Patient Financial Svc**<br>**4646 W Lake Park Blvd**<br>**SLC, UT  84120** | | J | **11/09**<br>medical | | | | $   190.00 |
| ACCOUNT NO.   **0443, 0444**<br>**RC Willey**<br>**P.O. Box 65320**<br>**SLC, UT 84165-0320** | | | **2008**<br>**judgment entered -- unsecured** | | | | $  4,700.00 |
| ACCOUNT NO.<br>**Richard B Frandsen**<br>**Atty for John Deere Landscapes**<br>**7109 S Highland Drive, Ste 202**<br>**SLC, UT  84121** | | | **2010**<br>collection | | | | $  3,384.00 |
| ACCOUNT NO.   **NVIS**<br>**Rock Creek Growers**<br>**Box 568**<br>**Kimberly, ID  83341** | | | **1/09**<br>bus debt | | | | $  7,800.00 |
| ACCOUNT NO.   **PACK**<br>**Sprinkler Supply**<br>**7878 S 1410 W**<br>**West Jordan, UT  84088** | | | **6/08**<br>**business debt** | | | | $ 18,000.00 |

Schedule F Page 7 of 8

Subtotal ➢
(Total of this page)

| | **$34,074.00** |
|---|---|

In re:  **Carter J. Kilpack**                                                                    Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1983, 2443**<br>**Target Natl Bank**<br>**Box 59317**<br>**Minneapolis, MN  55459** | | **J** | **2009**<br>**credit cards** | | | | **$  6,900.00** |
| ACCOUNT NO.   **0554**<br>**U of U Pediatric Surgeons**<br>**100 N Mario Capecchi**<br>**SLC, UT  84113** | | **J** | **9/10**<br>**medical** | | | | **$   200.00** |
| ACCOUNT NO.   **3182, 3989, 8857**<br>**Wasatch Pediatrics**<br>**Box 71550**<br>**SLC, UT  84171** | | **J** | **2/10**<br>**medical** | | | | **$   600.00** |
| ACCOUNT NO.   **707A**<br>**Western Anesthesia Assoc**<br>**Box 3810**<br>**SLC, UT  84110** | | **J** | **9/10**<br>**medical** | | | | **$   910.00** |

|  |  |  |
|---|---|---|
| Subtotal<br>(Total of this page) | ➤ | **$8,610.00** |
| **Total** | ➤ | **$80,436.00** |

Schedule F Page 8 of 8

In re:  **Carter J. Kilpack**                                                                    Case No.

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

In re:  **Carter J. Kilpack**                                                    Case No.

# SCHEDULE H - CODEBTORS

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Roslynn Kilpack**<br>**289 Williams Lane**<br>**Centerville, UT  84014** | **Cope Family Medicine**<br>**620 E Medical Dr Ste 150**<br>**Bountiful, UT  84010** |

In re  **Carter J. Kilpack**                                      Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status:  **separated** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:  **36**<br>Spouse's Age: | NAMES<br>**daughter** | AGE<br>**16** | RELATIONSHIP |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **self-employed** | |
| How long employed | **9 yrs** | |
| Name and Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 0.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) _____ | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 8,591.40 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ | $ |
| TOTAL MONTHLY INCOME | $ 8,591.40 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME $_____ 8,591.40 _____   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**None**

In re **Carter J. Kilpack**                                                                                                    Case No.

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate
schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 650.00 |
| Are real estate taxes included?          Yes _____     No  ✓ | | |
| Is property insurance included?          Yes _____     No  ✓ | | |
| Utilities  Electricity and heating fuel | $ | 200.00 |
|          Water and sewer | $ | 60.00 |
|          Telephone | $ | 60.00 |
|          Other  **cable/internet** | $ | 77.00 |
| Home Maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 440.34 |
| Clothing | $ | 120.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 140.00 |
| Transportation (not including car payments) | $ | 280.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 35.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|          Homeowner's or renter's | $ | 0.00 |
|          Life | $ | 0.00 |
|          Health | $ | 0.00 |
|          Auto | $ | 90.00 |
|          Other | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **estimated income taxes** | $ | 300.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|          Auto | $ | 0.00 |
|          Other | $ | |
| Alimony, maintenance or support paid to others | $ | 411.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 4,975.06 |
| Other  **haircuts/grooming** | $ | 30.00 |
|          **household supplies** | $ | 75.00 |
| | | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 8,063.40 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some
other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 8,591.40 |
| B. Total projected monthly expenses | $ | 8,063.40 |
| C. Excess income (A minus B) | $ | 528.00 |
| D. Total amount to be paid into plan                 **Monthly** | $ | 528.00 |
|                                                    (interval) | | |

**UNITED STATES BANKRUPTCY COURT**
**District of Utah**

In re:  **Carter J. Kilpack**

Case No. _____
Chapter  **13**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:      $_____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:      $ _____ **8,591.40**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 122.01 |
| 8. Inventory Purchases (Including raw  materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 27.33 |
| 13. Repairs and Maintenance | 113.93 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 36.40 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 76.67 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | |
|     **None** | |
| 21. Other (Specify): | |
|     **advertising** | 32.33 |
|     **bank charges** | 121.25 |
|     **telephone** | 160.00 |
|     **fuel** | 467.48 |
|     **fence materials** | 773.59 |
|     **landfill dump fees** | 12.68 |
|     **landscape materials** | 383.06 |
|     **contract labor** | 1,372.35 |
|     **sprinkler materials** | 897.98 |
|     **topsoil** | 298.00 |
|     **sod** | 80.00 |

    22. Total Monthly Expenses (Add items 3 - 21)      $ _____ **4,975.06**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)      $ _____ **3,616.34**

In re:   **Carter J. Kilpack**                                                                        Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

   I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **21**  sheets plus the summary
page, and that they are true and correct to the best of my knowledge, information, and belief.


Date:   4/12/12                                      Signature   /s/ Carter J. Kilpack
                                                                 **Carter J. Kilpack**


## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)


Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C § 152
and 3571.

## UNITED STATES BANKRUPTCY COURT

### District of Utah

In re:     **Carter J. Kilpack**                                                    Case No. _____

                                                                                          Chapter     **13**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                     $         **3,250.00**

    Prior to the filing of this statement I have received           $           **300.00**

    Balance Due                                                     $         **2,950.00**

2.  The source of compensation paid to me was:

    ☑ Debtor                          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor                          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)   Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

    b)   Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

    c)   Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

    d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e)   (Other provisions as needed)
         **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:
         **None**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: ___**4/12/12**___

                                              /s/ Michael Sundwall
                                              _____

                                              **Michael G. Sundwall**, Bar No.  **7780**
                                              **Michael G. Sundwall, P.C.**
                                              Attorney for Debtor