UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Carter J. Kilpack

_____

Debtor(s).

Case No. 12-24945
Chapter 13

Trustee: Anderson

AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: _____ REOPENING: Yes ____ No ____ CONVERSION (13 to 7): Yes ____ No ____
   **When changing debtor's address, please file separate change of address form.**
   **When amending, please submit the changes/additions only!**

2. SCHEDULES: A____ B____ C____ D____ E____ F____ G____ H____ I____ J__X__
   Are you changing the address, amounts, etc., or adding a creditor?
      **Changing ___    Adding ___   ($26 amendment fee required for D, E, & F; OR ____ IFP Waiver)**

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ____
4. STATEMENT OF AFFAIRS: ____
5. AMENDED CHAPTER 13 PLAN: ___

> If you have amended schedules D, E, F by adding a creditor, you owe $26.00 amendment fee. Fee attached_____
>
> If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached_____
> **Reason no fee is attached_____**

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.**
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

> I declare under penalty of perjury that the information provided in this attached amendment is true and correct.
>
> _____         _____
> Debtor                    Date                Debtor                    Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes _X_ No ___

/s/ Michael Sundwall
_____
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF MAILING**

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s):

____ 341 Notice to creditors added by this amendment.
____ Discharge Notice to creditors added by this amendment.
____ Amended Chapter 13 Plan to all creditors. listed on the attached court matrix.

_____        _____
DATED                  ATTORNEY FOR DEBTOR(S)

Rev 10/05

In re **Carter J. Kilpack**                                                                                          Case No.

# AMENDED SCHEDULE J - Current Expenditures Of Individual Debtor(s)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | **650.00** |
| Are real estate taxes included?    Yes ____    No ✓ | | |
| Is property insurance included?    Yes ____    No ✓ | | |
| Utilities  Electricity and heating fuel | $ | **200.00** |
|     Water and sewer | $ | **60.00** |
|     Telephone | $ | **60.00** |
|     Other  **cable/internet** | $ | **77.00** |
| Home Maintenance (Repairs and upkeep) | $ | **100.00** |
| Food | $ | **434.34** |
| Clothing | $ | **110.00** |
| Laundry and dry cleaning | $ | **20.00** |
| Medical and dental expenses | $ | **120.00** |
| Transportation (not including car payments) | $ | **280.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | **35.00** |
| Charitable contributions | $ | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|     Homeowner's or renter's | $ | **0.00** |
|     Life | $ | **0.00** |
|     Health | $ | **0.00** |
|     Auto | $ | **90.00** |
|     Other | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **estimated income taxes** | $ | **300.00** |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|     Auto | $ | **0.00** |
|     Other | $ | |
| Alimony, maintenance or support paid to others | $ | **411.00** |
| Payments for support of additional dependents not living at your home | $ | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | **4,975.06** |
| Other  **haircuts/grooming** | $ | **30.00** |
|     **household supplies** | $ | **75.00** |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | **8,027.40** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | **8,591.40** |
| B. Total projected monthly expenses | $ | **8,027.40** |
| C. Excess income (A minus B) | $ | **564.00** |
| D. Total amount to be paid into plan            **Monthly** | $ | **564.00** |
|                                                                 (interval) | | |